**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 10, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00600-CV

_____

**MALONE & BAILEY, P.C., MALONEBAILEY L.L.P., AND JOHN C. MALONE, Appellants**

**V.**

**DAVID GROSSMAN AND JEFF HOUSTON, Appellees**

---

**On Appeal from the133rd District Court
Harris County, Texas
Trial Court Cause No. 2008-02226**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 11, 2011.  On January 3, 2012, the parties filed a motion to dismiss the appeal in order to effectuate a compromise and settlement agreement.  *See* Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Hedges, Justices Jamison and McCally.